977 A.2d 1016

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner**

v.

**Stephen Anthony GLESSNER, Respondent.**

**Misc. Docket AG No. 7 Sept.Term, 2009.**

Court of Appeals of Maryland.

Aug. 12, 2009.

## *ORDER*

Upon consideration of the Joint Petition for Reprimand filed herein by Petitioner and Counsel for Respondent, it is this 12th day of August, 2009, hereby

ORDERED, by the Court of Appeals of Maryland, that the Joint Petition be, and hereby is granted, and it is further

ORDERED, that the Respondent is reprimanded.